# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 73502-1-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | UNPUBLISHED OPINION |
| BRETT ALLAN MARKER, | ) | |
| | ) | |
| Appellant. | ) | FILED: MAR 2 1 2016 |
| | ) | |

PER CURIAM.  Brett Marker appeals from the trial court's order dismissing his CrR 7.8 motion with prejudice and denying his motion to dismiss without prejudice.  The State of Washington concedes that dismissal with prejudice was error.  We accept the State's concession, reverse the trial court's order, and remand for entry of an order dismissing Marker's CrR 7.8 motion without prejudice.  In light of our decision, Marker's statement of additional grounds for review is moot.

Reversed and remanded for entry of order dismissing the CrR 7.8 motion without prejudice.

For the court:

2016 MAR 21 AM 9:34
COURT OF APPEALS DIV I
STATE OF WASHINGTON
FILED